**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1712**

_____

RICHARD EUGENE WARREN,

Plaintiff - Appellant,

v.

MAHESH ADITYA, Individually, Vice Chair Santander Holdings, et al.; SANTANDER CONSUMER HOLDINGS; BRUCE JACKSON, Individually, President Chrysler Capital; ERIC LANEY, Individually, Chief Financial Officer; CHRISTOPHER PFIRMAN, Individually, General Counsel; CHRYSLER CAPITAL,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David J. Novak, District Judge. (3:23-cv-00719-DJN)

_____

Submitted: December 17, 2024                    Decided: January 13, 2025

_____

Before GREGORY, AGEE, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard Eugene Warren, Appellant Pro Se. Blaec C. Croft, MCGUIREWOOD, LLP, Pittsburgh, Pennsylvania, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Eugene Warren appeals the district court's order granting Defendants' Fed. R. Civ. P. 12(b)(6) motion to dismiss and dismissing Warren's second amended complaint with prejudice.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Warren v. Aditya*, No. 3:23-cv-00719-DJN (E.D. Va. June 24, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*